1  John E. Lord (Bar No. 216111)
2  jlord@onellp.com
   **ONE LLP**
3  301 Arizona Avenue, Suite 250
   Santa Monica, CA 90401
4  Phone:   (310) 866-5157
5
   Peter R. Afrasiabi, Esq. (Bar No. 193336)
6  pafrasiabi@onellp.com
   **ONE LLP**
7  4000 MacArthur Blvd.
   West Tower, Suite 1100
8  Newport Beach, CA 92660
9  Phone:   (949) 502-2870

10 *Attorneys for Plaintiff, Mavrix Photo, Inc.*

11              UNITED STATES DISTRICT COURT

12            CENTRAL DISTRICT OF CALIFORNIA

13                                    CV12- 02643 GHK(PJWX)

14 Mavrix Photo, Inc.,                 Case No.:

15         Plaintiff,                  **COMPLAINT FOR COPYRIGHT**
                                       **INFRINGEMENT OF**
16 v.                                  **PHOTOGRAPHS OF BEYONCE**

17
   Intermedia Vibe Holdings, LLC; and DOES   **DEMAND FOR JURY TRIAL**
18 1-10 INCLUSIVE,

19
20         Defendants.
21

22     Mavrix Photo, Inc. ("Mavrix"), by and through their attorneys of record, complains

23 against Intermedia Vibe Holdings, LLC ("Vibe"), and DOES 1-10 (collectively,

24 "Defendants") as follows:

25                      **JURISDICTION AND VENUE**

26     1.     This is a civil action against Defendants for copyright infringement in breach

27 of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq.* This Court has subject matter

28 16968.1                              1
                              COMPLAINT

1  jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a),
2  and 28 U.S.C. § 1338(a) and (b).

3      2.   Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28
4  U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be
5  found and transact business in this Judicial District, and the injury suffered by Plaintiff took
6  place in this Judicial District.  Defendants are subject to the general and specific personal
7  jurisdiction of this Court because of their contacts with the State of California.

8  <center>**PARTIES**</center>

9      3.   Plaintiff Mavrix is a corporation incorporated and existing under the laws of
10 Florida, with a principal place of business located in Miami.

11     4.   Defendant Intermedia Vibe Holdings, LLC ("Vibe") is a corporation
12 incorporated under the laws of Delaware, with its principle place of business at Intermedia
13 Vibe Holdings, LLC, 113 East 125th Street, New York, NY 10035.

14     5.   Vibe owns and operates www.vibe.com.

15     6.   The true names or capacities, whether individual, corporate or otherwise, of
16 the Defendants named herein as DOES 1 through 10, inclusive, are unknown to Plaintiff,
17 who therefore sues said Defendants by such fictitious names.  Plaintiff will ask leave of
18 Court to amend this Complaint and insert the true names and capacities of said Defendants
19 when the same have been ascertained.

20     7.   Plaintiff is informed and believes and, upon such, alleges that each of the
21 Defendants designated herein as a "DOE" is legally responsible in some manner for the
22 events and happenings herein alleged, and that Plaintiff's damages as alleged herein were
23 proximately caused by such Defendants.  Plaintiff believes that some of the DOE
24 defendants are partial owners of Vibe, or contribute heavily to Vibe's content, and are
25 personally liable for Vibe's copyright infringement.

26 / / /
27 / / /
28

<center>2</center>
<center>**COMPLAINT**</center>

## FACTS COMMON TO ALL COUNTS

8.      Mavrix is a prominent celebrity photography agency based in Miami, Florida. Mavrix licenses its photographs to its end customers, often popular publications like People or US Weekly.

9.      Vibe.com is a website that purports to be the "premier destination for the hip-hop generation" with a network that represents "over 25 sites and reaches over 19 million users per month." In an attempt to service its audience, Vibe has reproduced, publicly distributed and publicly displayed photographs belonging to Mavrix via their website: www.vibe.com without permission, consent, or license.

10.     Despite having no permission, consent, or license to do so, in or around November 16, 2011, Vibe reproduced, publicly distributed and publicly displayed, as well as made available for other's download and display, certain original photographs of musician Beyoncé Knowles (the "Photos") belonging to Mavrix. True and correct copies of the four Photos are attached as Exhibit A.

11.     Mavrix filed for copyright registration of the Photos within 90 days of their authorship and first publication. The copyright registration is attached to the corresponding Photos at Exhibit A.

12.     On information and belief, Defendants have not registered and have not designated an agent with the Copyright office under the Digital Millennium Copyright Act.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement, 17 U.S.C. § 501 Against all Defendants)

13.     Plaintiff Mavrix incorporates here by reference the allegations in paragraphs 1 through 12 above.

14.     Mavrix is the owner of all rights, title and interest in the copyrights to the Photos, which substantially consist of material wholly original with Plaintiff and which are copyright subject matter under the laws of the United States. Mavrix has complied in all

---

3

**COMPLAINT**

respects with the Copyright Act and all of the laws of the United States governing copyrights. The Photos have been registered with the United States Copyright Office.

15.   Defendants have directly, vicariously and/or contributorily infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by reproducing, displaying, distributing and utilized the Photos for purposes of trade violation of 17 U.S.C. § 501 *et seq.*

16.   On information and belief, Defendants have willfully infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by knowingly reproducing, displaying, distributing and utilizing the Photos for purposes of trade.

17.   Defendants have received substantial benefits in connection with the unauthorized reproduction, display, distribution and utilization of the Photos for purposes of trade, including by increasing the traffic to Defendants' websites and, thus, increasing the advertising fees realized.

18.   All of the Defendant's acts are and were performed without the permission, license or consent of Mavrix.

19.   The said wrongful acts of Defendants have caused, and are causing, great injury to Mavrix, which damage cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Mavrix will suffer irreparable injury, for all of which it is without an adequate remedy at law.  Accordingly, Mavrix seeks a declaration that Defendants are infringing Mavrix's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Mavrix' copyrights.

20.   As a result of the acts of Defendants alleged herein, Mavrix has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

21.   Because of the willful nature of the copyright infringement, Mavrix is entitled to an award of statutory damages equal to $150,000 per infringement.

22.    Mavrix has identified at least four instances of infringement on the vibe.com website by way of unlawful reproduction and display of the Photos (as well as the unlawful facilitation of other's reproduction of the Photos), and is therefore entitled to an award of $600,000 in statutory damages by Defendants.  If other infringements are discovered in this case, this pleading will be augmented accordingly.

23.    Mavrix is also entitled to its attorney's fees in prosecuting this action under 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1.    The Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all persons in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet web sites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Plaintiff Mavrix's rights in the Photos.

2.    Defendants be held liable to Plaintiff in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c) and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505, for an amount of $600,000 plus fees.

3.    An accounting be made for all profits, income, receipts or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

4.    Requiring Defendants to account for and pay over to Plaintiff all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff

COMPLAINT

1   for all damages suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C.
2   §§ 504 (a)(1) & (b).

3        5.    Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504
4   (a)(1) & (b).

5        6.    That Plaintiff be awarded any such other and further relief as the Court may
6   deem just and appropriate.

7

8   Dated: March 27, 2012

9

10                           **ONE LLP**

11

12                       By: _____

13                            John E. Lord, Esq.
14                            Attorneys for Plaintiff,
                         Mavrix Photo, Inc.

6

**COMPLAINT**

## DEMAND FOR JURY TRIAL

Plaintiff Mavrix Photo, Inc. hereby demands trial by jury of all issues so triable under the law.

Dated:  March 27, 2012                    **ONE LLP**

By: _____
                    John E. Lord, Esq.
                    Attorneys for Plaintiff,
                    Mavrix Photo, Inc.

16968.1                                   7

**COMPLAINT**

# Exhibit A







# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-799-844

**Effective date of
registration:**

December 28, 2011

## Title

**Title of Work:** Beyonce Miami blue dress baby bump 111311

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 13, 2011   **Nation of 1st Publication:** United States

## Author

**Author:** Cullen Reavley

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United Kingdom   **Domiciled in:** United Kingdom

**Year Born:** 1969

## Copyright claimant

**Copyright Claimant:** Mavrix Photo Inc

195 SE 4th Avenue, Deerfield Beach, FL, 33441, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Mavrix Photo Inc

**Name:** Gareth Miles Thomas

**Email:** ▮▮▮▮▮▮   **Telephone:** ▮▮▮▮▮

**Address:** ▮▮▮▮▮▮▮

## Certification

**Name:** Gareth Thomas

**Date:** December 28, 2011



**Registration #:**  VA0001799844
**Service Request #:**  1-703920582



Mavrix Photo Inc

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV12- 2643 GHK (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
John E. Lord (jlord@onellp.com)
ONE LLP    4000 MacArthur Blvd
Suite 1100, Newport Beach, CA 92660
P  (949) 502-2870    F  (949) 258-5081

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mavrix Photo, Inc., | CASE NUMBER |
| PLAINTIFF(S) | CV12- 02643 GHK (PJWx) |
| v. | |
| Intermedia Vibe Holdings, LLC; and DOES 1-10 inclusive. | SUMMONS |
| DEFENDANT(S). | |

TO:    DEFENDANT(S): Intermedia Vibe Holdings, LLC; and DOES 1-10 inclusive.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _John E. Lord_____, whose address is _301 Arizona Avenue, Suite 250, Santa Monica, CA 90401_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

MAR 2 7 2012

Clerk, U.S. District Court

JULIE PRADO

Dated: _____

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*