| | |
|---|---|
| 1  JOHN E. LORD (Bar No. 216111)<br>jlord@onellp.com<br>2  **ONE LLP**<br>9301 Wilshire Blvd., Penthouse Suite<br>3  Phone:  (310) 954-9497<br>4  PETER R. AFRASIABI, ESQ. (Bar No. 193336)<br>pafrasiabi@onellp.com<br>5  **ONE LLP**<br>4000 MacArthur Blvd.<br>6  West Tower, Suite 1100<br>Newport Beach, CA 92660<br>7  Phone:  (949) 502-2870<br>8  Attorneys for Plaintiff,<br>Mavrix Photo, Inc.<br>9<br>RITA M. HAEUSLER, State Bar No. 110574<br>10  ALEX E. SPJUTE, State Bar No. 229796<br>**HUGHES HUBBARD & REED LLP**<br>11  350 South Grand Avenue, 36th Floor<br>Los Angeles, California  90071-3442<br>12  Telephone:  (213) 613-2800<br>Facsimile:   (213) 613-2950<br>13<br>Attorneys for Defendant<br>14  Intermedia Vibe Holdings. LLC | JS-6 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mavrix Photo, Inc.,<br><br>            Plaintiff,<br><br>     vs.<br><br>Intermedia Vibe Holdings, LLC; and<br>DOES 1-10 INCLUSIVE,<br><br>Defendants. | CASE NO. CV12-02643-JGB (JPRx)<br>Transferred and Assigned to Hon. Jesus G. Bernal<br><br>**ORDER GRANTING STIPULATION DISMISSING COMPLAINT WITH PREJUDICE** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the parties' Stipulation of Dismissal with Prejudice, and upon |
| 3 | finding of good cause, the Court hereby orders this case dismissed with prejudice |
| 4 | pursuant to Fed. R. Civ. P. 41(a). |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | |
| 8 | Dated:  February 21, 2013                                             JS-6 |
| 9 | |
| 10 | Judge Jesus G. Bernal |